IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| CHRISTOPHER AMBROSE and TAMMY S. VAUGHN AMBROSE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 110885N |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution. On October 31, 2012, the court entered an Order instructing Plaintiffs to file a written status report, copy to Defendant, within 30 days of the date of that Order. The Order advised that failure to timely file the written status report would result in dismissal of Plaintiffs' appeal for lack of prosecution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 110885N 1

Plaintiffs' deadline has passed and the court has not received Plaintiffs' status report or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this ⎯⎯ day of December 2012.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Allison R. Boomer on December 7, 2012. The Court filed and entered this Decision of Dismissal on December 7, 2012.*